UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE MEIJA, :
:
Plaintiff, :
: 22-CV-2517 (VSB)
-against- :
: **ORDER**
:
APPLIED INDUSTRIAL TECHNOLOGIES, :
INC., :
:
Defendant. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported that the parties have reached a settlement in principle.  (Doc. 13.) Accordingly, it is hereby:

    ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 7, 2022
      New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge